

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-97,273-01

## EX PARTE GEORGE STANLEY GALLAMORE, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 007-0446-25-A IN THE 7TH DISTRICT COURT
## SMITH COUNTY

*Per curiam*.

## O P I N I O N

Applicant was convicted of possession of a controlled substance and sentenced to 20 years'
imprisonment. He filed this application for a writ of habeas corpus in the county of conviction, and
the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that he was denied his right to an appeal because counsel failed to timely
file a notice of appeal. Based on the record, Applicant was denied an appeal due to a "breakdown
in the system." *Ex parte Riley*, 193 S.W.3d 900 (Tex. Crim. App. 2006).

Relief is granted. *Ex parte Axel*, 757 S.W.2d 369 (Tex. Crim. App. 1988); *Jones v. State*, 98
S.W.3d 700 (Tex. Crim. App. 2003). Applicant may file an out-of-time appeal of his conviction in

cause number 007-0446-25-A from the 7th District Court of Smith County. Within ten days from the date of this Court's mandate, the trial court shall determine whether Applicant is indigent. If Applicant is indigent and wants to be represented by counsel, the trial court shall appoint counsel to represent him on direct appeal. Should Applicant decide to appeal, he must file a written notice of appeal in the trial court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: February 12, 2026
Do not publish